**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THEODORE J. DAVENPORT, JR., | : | No. 249 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ATTORNEY FOR THE | : | |
| COMMONWEALTH MS. STEFANIE M. | : | |
| FLICK, DETECTIVE JOHN O'CONNOR, | : | |
| DETECTIVE QUINTON KENNEDY, JANE | : | |
| DOE/HISPANIC FEMALE, JANE DOE/ | : | |
| CAUCASIAN FEMALE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.